



PROB 12C
(7/93)



FILED
AUG 2 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Karina Yvette Solis, a.k.a: Karina Evette Solis    Case Number: DR-15-CR-01183(02)

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge (M-18-1797-M)

Date of Original Sentence: June 7, 2016

Original Offense: 8 U.S.C. § 1324-Conspiracy to Transport Illegal Aliens

Original Sentence: 10 month split sentence (5 months imprisonment and 5 months home confinement), followed by a 3 year term of supervised release.

Type Of Supervision: Supervised Release    Date Supervision Commenced: December 6, 2016

Assistant U.S. Attorney: Ralph Anthony Paradiso    Defense Attorney: Albert M. Ramon

---

**PREVIOUS COURT ACTION**

N/A

**PETITIONING THE COURT**

A true copy of the original, I certify.
Clerk U.S. District Court
By______ Deputy

X To issue a WARRANT.

___ To Issue a WARRANT and TRANSFER JURISDICTION to the Western District of Texas.

___ To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1. **Mandatory Condition No. 1: "The defendant shall not commit another federal, state, or local crime during the term of supervision."**

**Standard Condition No. 7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**

On May 5, 2018, the offender was arrested for Driving While Intoxicated by the McAllen, Texas Police Department. According to the offense report, a police officer on patrol duty observed a vehicle traveling at a high rate of speed. He conducted a traffic stop and made contact with the driver, later identified as the offender. During questioning, the police officer detected a strong odor of alcohol emitting from inside the vehicle. The offender told the officer she disregarded the red light because she was being followed by a Dodge Charger. The offender stated she was coming from Los Tres Chiflados Bar. The officer noticed the offender's dazed demeanor, and she was not making eye contact. She displayed red bloodshot eyes and admitted she had been drinking prior to the traffic stop. The police officer administered the Standard Field Sobriety Test. Based on the




offender's performance, it was determined she was intoxicated. Furthermore, the offender refused to provide a breath specimen as requested. The offender was subsequently arrested for Driving While Intoxicated and transported to the McAllen Police Department jail. She was released on May 6, 2018 from the Hidalgo County Jail in Edinburg, Texas after posting a $2,000 surety bond. Her case is scheduled for arraignment on September 13, 2018 before County Court at Law #7, in Edinburg, Texas, in case criminal case number CR-18-09153-G.

U.S. Probation Officer Recommendation:

The offender was being supervised in the Southern District of Texas/McAllen Division. She commenced her term of supervised release on December 6, 2016, and reported to the probation office. Her conditions were read and explained by the probation officer, and he signed stating he understood. Since her supervised release began, the offender was gainfully employed, submitted negative urine specimens, she made fine payments, and has a balance of $80.00. After her DWI arrest, she was referred to the Individual Substance Abuse Counseling with OP-MCA Challenges and Change. She completed the program successfully on July 26, 2018. According to information provided by her probation officer, the offender was in compliance and had no violations until her DWI arrest. The offender has demonstrated disrespect for her conditions of supervised release and has proved to be irresponsible in her choices, and her actions merit the issuance of a warrant and revocation of her term of supervised release.

The term of supervision should be

_X_ revoked. (Maximum penalty: 2 years imprisonment; 3 years supervised release; and payment of any unsatisfied monetary sanction previously imposed).

___ extended for __________ years, for a total term of __________ years.

___ The conditions of supervision should be modified as follows:

Approved:

Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

Sophia V. Ramirez
U.S. Probation Officer,
Date: August 15, 2018
Telephone #: 830-703-2089, ext.6373

cc: Victor Calderon
ADCUSPO, Del Rio

Approved:

Matt Watters
Assistant U.S. Attorney

THE COURT ORDERS

___ No Action

_✓_ The issuance of a WARRANT. Bond is set in the amount of $ Detain ____________ cash /surety with supervision by the United States Probation Office to continue as a condition of release.

___ The issuance of a SUMMONS.

___ Other

Alia Moses
United States District Judge

8/24/18
Date

Revo: to be held in Del Rio Division